JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMADEO CUBIAS,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>G. J. GIURBINO, Warden,<br><br>　　　　Respondent. | Case No. EDCV 06-512-SJO (OP)<br><br>J U D G M E N T |

　　Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

/ / /

/ / /

/ / /

1  IT IS ADJUDGED that Judgment be entered: (1) approving and adopting this
2  Report and Recommendation; and (2) directing that Judgment be entered denying
3  the Petition and dismissing this action with prejudice.

5  DATED: 12/15/08   /S/ S. James Otero
   ────────────────  ──────────────────────────────
                     HONORABLE S. JAMES OTERO
                     United States District Judge

9  Prepared by:

   ──────────────────────────────
   HONORABLE OSWALD PARADA
   United States Magistrate Judge